IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00516-MSK-MJW

DAVID S. TRASK;
SUZANNE S. TRASK;
MANDY M. RASMUSSEN;
DANIEL C. DONEGON;
BEVERLI J. DONEGON;
DENNIS CAMPBELL;
ROXANNE CAMPBELL;
ALLISON ANNE MASON; and
FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,

       Plaintiffs,

v.

BANK OF CHOICE, a Colorado corporation;
NFBOC NOTE, LLC, a Colorado limited liability company;
FIRS TIER BANK, a Colorado corporation;
NORTHFLATS, LLC, a Colorado limited liability company;
DEBORAH A. MORGAN, in her capacity as the Public Trustee of Larimer County, Colorado;
FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Defendant, FirsTier Bank,

       Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Unopposed Motion for Dismissal of Action (Motion) **(#71)** filed March 29, 2012.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**.  Plaintiffs' claims against Defendant NFBOC Note, LLC shall be dismissed **WITH PREJUDICE**.  All remaining claims against remaining Defendants shall be dismissed **WITHOUT PREJUDICE**.  Each party shall bear his, her or its own costs and attorney fees.  It is

**FURTHER ORDERED** that the Notice of Lis Pendens recorded by Plaintiffs at Reception No. 20090082308 of the records of the Larimer County Clerk and Recorder on December 7, 2009, shall be released. The Clerk shall close this case.

DATED this 25th day of April, 2012.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge